IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **DONNA BARNES,** *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | NO. 21-3647 |
| **GINA M. RAIMONDO, in her official Capacity as Secretary of Commerce,** *Defendant*. | : : : : : | |

**ORDER**

**AND NOW**, this 28th day of November, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response (ECF No. 17), and Defendant's Reply (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**